# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

138557

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

E&N PROPERTIES,
   Plaintiff-Appellee,

v

             SC: 138557
             COA: 287727
             Genesee CC: 08-088657-AL

LYLE HIPPENSTEEL,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the February 18, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009          _____
s0615               Clerk